In the Matter of CONLEW, INC., Respondent, *v.* BARNET BALTOWSKY, Appellant.

Argued October 23, 1942; decided December 3, 1942.

*Alexander Boskoff* and *I. Nathanson* for appellant.

*Leonard G. Bisco* and *Robert E. Shortall* for respondent.

Order affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.